UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21452-CIV-MARTINEZ-MCCABE

DAVID EFRON,

    Plaintiff,

v.

MADELEINE CANDELARIO, and
MICHELLE PIRALLO DI CRISTINA,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Ryon M. McCabe, United States Magistrate Judge, for a Report and Recommendation on pending motions, (ECF Nos. 51, 58, 60). (ECF No. 63.) Judge McCabe filed a Report and Recommendation ("R&R"), recommending that all three motions be denied. (ECF No. 69).

Defendants timely filed Objections to the R&R, (ECF No. 70), and Plaintiff responded to Defendants' Objections, (ECF No. 71). The Court has conducted a *de novo* review of the record and the arguments contained within the Objections and concludes that the findings within Judge McCabe's R&R are supported by the evidence and relevant authorities. Accordingly, after careful consideration, it is hereby **ORDERED** and **ADJUDGED** that:

    1.    United States Magistrate McCabe's Report and Recommendation, (ECF No. 69), is **AFFIRMED** and **ADOPTED**.

    2.    Defendants' Objections, (ECF No. 70), are **OVERRULED**.

    3.    Defendants' appellate motion for sanctions, (ECF No. 51), is **DENIED**.

4. Plaintiff's Motion to Strike Attorney Declarations, (ECF No. 58), is **DENIED**.

5. Defendants' Motion to Reinstate previously filed Rule 11 motion, (ECF No. 60), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of March, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McCabe
All Counsel of Record